IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CV-27-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| $15,500.00 IN U. S. CURRENCY, | ) ) |
| Defendant. | ) ) |

**DEFAULT AS TO POTENTIAL CLAIMANT KATHERINE DAVIS**

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against potential claimant, Katherine Davis for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the _15_ day of _August_, 2018.

_____
PETER A. MOORE, Clerk
U. S. District Court
Eastern District of North Carolina

1